UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

AudioEye, Inc.

                              Plaintiff(s),

***MEDIATION CERTIFICATION***

    __22__ - cv - __06116__

v.

accessiBe Ltd.

                              Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___6/17/22___.

   ☑ **Case has settled.** (Comment if necessary).

   ☐ **Case has settled in part.** (Comment below). Mediation will continue on _____.

   ☐ **Case has settled in part.** (Comment below). Mediation is complete.

   ☐ **Case has not settled.** Mediation will continue on _____.

   ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 04/17/2023                      **Mediator:** /S/ William G. Bauer

**Additional Comments:**
_____
_____
_____